# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT MICHIGAN

SCOTT EWERS,

       Plaintiff,                Case No. 2:16-cv-13917-DPH-MKM

v.                                  HON. DENISE PAGE HOOD.

CELCO, LTD.,                 MAG. JUDGE MONA K. MAJZOUB

       Defendant.

| Gary D. Nitzkin (P41155) | Randall J. Groendyk (P37196) |
|---|---|
| MICHIGAN CONSUMER CREDIT LAWYERS | VARNUM LLP |
| 22142 W. Nine Mile Road | Attorneys for Defendant |
| Southfield, MI 48033 | Bridgewater Place, P.O. Box 352 |
| (248) 353-2882 | Grand Rapids, MI  49501-0352 |
| gary@micreditlawyer.com | Phone: (616) 336-6000 |
| | *rjgroendyk@varnumlaw.com* |

## NOTICE OF SETTLEMENT

      The parties hereby advise the Court that the herein cause of action has been resolved, and dismissal papers will be filed with the Court within thirty (30) days.

                                    VARNUM LLP
                                    Attorneys for Defendant

Dated:  January 20, 2017        By: /s/ *Randall J. Groendyk*
                                          Randall J. Groendyk (P37196)
                                   Business Address and Telephone:
                                       Bridgewater Place, P.O. Box 352
                                       Grand Rapids, MI 49501-0352
                                       (616) 336-6000
                                       rjgroendyk@varnumlaw.com

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on January 20, 2017 , a true and correct copy of **Notice of Settlement** was electronically filed with the Clerk of the Court filing with the Court's ECF electronic filing system which will send a copy electronically to the following:

>Gary D. Nitzkin
>MICHIGAN CONSUMER CREDIT LAWYERS
>22142 W. Nine Mile Road
>Southfield, MI 48033
>gary@micreditlawyer.com

    I declare the above statements are true to the best of my knowledge, information and belief.

>/s/ Randall J. Groendyk
>Randall J. Groendyk (P37196)

11393151_1.docx