UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT EWERS,
    Plaintiff,

v.                                              Case No 2:16-cv-13917-DPH-MKM
                                                                                             Hon. Denise Page Hood

CELCO, LTD.,                                    Mag. Judge: Mona K. Majzoub
an Ohio company,
    Defendant.
_____

## STIPULATION TO DISMISS CASE AGAINST DEFENDANT CELCO, LTD. WITH PREJUDICE AND WITHOUT FEES OR COSTS

      The parties, as evidenced by the signatures of their respective counsel below, stipulate to the dismissal of Plaintiff's claims against Defendant Celco, Ltd., only, with prejudice and without attorney's fees or costs to either party.


 /s/ Gary D. Nitzkin                       /s/ Randall J. Groendyk
GARY D. NITZKIN  P41155          RANDALL J. GROENDYK
MICHIGAN CONSUMER              VARNUM LLP
CREDIT LAWYERS                      Attorneys for Defendant
Attorneys for Plaintiff                      Bridgewater Place, P.O. Box 352
22142 W. Nine Mile Road            Grand Rapids, MI 49501-0352
Southfield, MI 48033                   (616) 336-6000
(248) 353-2882                             rjgroendyk@varnumlaw.com
gary@micreditlawyer.com

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT EWERS,
    Plaintiff,
v.	Case No 2:16-cv-13917-DPH-MKM
    	Hon. Denise Page Hood
CELCO, LTD.,	Mag. Judge: Mona K. Majzoub
an Ohio company,
    Defendant.
_____

## ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT FEES OR COSTS AS TO DEFENDANT CELCO, LTD.

The Court, having reviewed the parties' stipulation, and finding good cause shown;

**IT IS HEREBY ORDERED** that the within action against Defendant Celco, Ltd., only, is hereby dismissed with prejudice and without fees or costs to either party.

Date: February 28, 2017	s/Denise Page Hood
    	Chief Judge, U.S. District Court